IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 04-cv-00288-EWN-CBS

CHARLES A. MICALE, individually and as the Settlor on behalf of the Charles a. Micale Irrevocable
Insurance Trusts for the benefit of his family members,

      Plaintiff,

v.

BANK ONE N.A., *et al.*,

      Defendant/Counterclaimants

v.

CHARLES A. MICALE, *et al.*

      Counterclaim Defendants.

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

It is hereby **ORDERED** that Defendants' Unopposed Motion to Serve Two Document Subpoenas
After the Close of Discovery (filed September 30, 2005; *doc. no. 150*) is **GRANTED**. Defendants have
leave to serve subpoenas for production of documents, only, on Raymond James and Whitehall for records
relating to investment accounts held in the name of Mr. Micale or his trust.

**DATED:**      October 4, 2005