IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 04-cv-00288-EWN-CBS

CHARLES A. MICALE, individually and as the Settlor on behalf of the Charles a. Micale Irrevocable
Insurance Trusts for the benefit of his family members,

     Plaintiff,

v.

BANK ONE N.A., *et al.*,

     Defendant/Counterclaimants

v.

CHARLES A. MICALE, *et al.*

     Counterclaim Defendants.

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

It is hereby **ORDERED** that Plaintiffs' Unopposed Motion to Serve Two Document Subpoenas
After the Close of Discovery (filed October 5, 2005; *doc. no. 155*) is **GRANTED**.  Plaintiffs have leave to
serve subpoenas for production of documents, only, on Ronald Sales and Lawrence C. Rudolph.

**DATED:**     October 7, 2005