IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 04-cv-00288-EWN-CBS

CHARLES A. MICALE, individually and as the Settlor on behalf of the Charles a. Micale Irrevocable Insurance Trusts for the benefit of his family members,

    Plaintiff,

v.

BANK ONE N.A., *et al.*,

    Defendant/Counterclaimants

v.

CHARLES A. MICALE, *et al.*

    Counterclaim Defendants.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER

It is hereby **ORDERED** that Defendants' Unopposed Motion for Leave to Serve Rebuttal Expert Disclosures (filed October 13, 2005; *doc. no. 162*) is **GRANTED**, *nuc pro tunc*, to **October 28, 2005**.

**DATED:**     November 15, 2005