IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 04–cv–00288–EWN–CBS

CHARLES A. MICALE individually; as the Settlor on behalf of the Charles A. Micale
Irrevocable Insurance Trusts for the benefit of his family members; and as trustee of the
CHARLES A. MICALE REVOCABLE TRUST; and
JOAN M. MICALE, individually and on behalf of minor GIOVANNA K. MICALE,
DEBORAH A. MICALE,
DONNA J. MICALE, and
CHARLES S. MICALE, as the beneficiaries of the "Charles A. Micale Irrevocable
Insurance Trust" and the "Charles A. Micale Spouses Irrevocable Life Insurance Trust,"

    Plaintiffs/Counterclaim Defendants,

v.

BANC ONE INVESTMENT ADVISORS CORPORATION;
BANC ONE INSURANCE AGENCY, INC.;
BANK ONE N.A. (CHICAGO) as Successor of the FIRST NATIONAL BANK OF
CHICAGO; and
AMERICAN NATIONAL BANK AND TRUST COMPANY OF CHICAGO,

    Defendants/Counterclaim Plaintiffs.

**ORDER SETTING TRIAL, FINAL PRETRIAL CONFERENCE AND
TRIAL PREPARATION CONFERENCE**

It appears that all substantive and/or dispositive matters have been resolved in this case

and that the matter can be set for further pretrial and trial proceedings. Accordingly, it is

**ORDERED** as follows:

1. This case is hereby set for an eight-day trial to jury, commencing at 9:00 o'clock a.m. on

**Tuesday, July 25, 2006.**

2. The court will hold a Final Pretrial Conference commencing at 2:15 o'clock p.m. on Wednesday, **June 21, 2006**, in Courtroom A1001 of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

3. In preparing for and participating in the conference, the parties and counsel will (1) follow the Instructions for Preparation and Submission of Final Pretrial Order, a copy of which can be downloaded from the court's web site, specifically http://www.cod.uscourts.gov/forms/ewn_fin_pre_ord_ins.pdf and (2) utilize the specific template located at http://www.co.uscourts.gov/forms/ewn_fin_pre_ord.wpd.  These specific web addresses should be used to insure that the proper format is observed.

4. The court will hold a trial preparation conference commencing at 4:45 o'clock p.m. on Thursday, **July 13, 2006**, in Courtroom A1001 of the Alfred A. Arraj United States Courthouse, Denver, Colorado.

5. In preparing for and participating in the conference, the parties and counsel will follow the Instructions Concerning Preparation for Trial Preparation Conference, a copy of which is available on the court's website, www.cod.uscourts.gov.

Dated this 8th day of June, 2006.

                                BY THE COURT:

                                s/ Edward W. Nottingham
                                EDWARD W. NOTTINGHAM
                                United States District Judge