IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 04–cv–00288–EWN–CBS

CHARLES A. MICALE individually; as the Settlor on behalf of the Charles A. Micale
Irrevocable Insurance Trusts for the benefit of his family members; and as trustee of the
CHARLES A. MICALE REVOCABLE TRUST; and
JOAN M. MICALE, individually and on behalf of minor GIOVANNA K. MICALE,
DEBORAH A. MICALE,
DONNA J. MICALE, and
CHARLES S. MICALE, as the beneficiaries of the "Charles A. Micale Irrevocable
Insurance Trust" and the "Charles A. Micale Spouses Irrevocable Life Insurance Trust,"

    Plaintiffs/Counterclaim Defendants,

v.

BANC ONE INVESTMENT ADVISORS CORPORATION;
BANC ONE INSURANCE AGENCY, INC.;
BANK ONE N.A. (CHICAGO) as Successor of the FIRST NATIONAL BANK OF
CHICAGO; and
AMERICAN NATIONAL BANK AND TRUST COMPANY OF CHICAGO,

    Defendants/Counterclaim Plaintiffs.

---

### ORDER SETTING TRIAL PREPARATION CONFERENCE

---

    This matter having been set for trial commencing on July 25, 2006, it is now

    **ORDERED** as follows:

    1.  The court will hold a trial preparation conference commencing at 4:45 o'clock p.m. on

Thursday, **July 13, 2006**, in Courtroom A1001 of the Alfred A. Arraj United States Courthouse,

Denver, Colorado.

2. In preparing for and participating in the conference, the parties and counsel will follow the Instructions Concerning Preparation for Trial Preparation Conference, a copy of which is available on the court's website, www.cod.uscourts.gov.

Dated this 29th day of June, 2006.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge